**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ANDERSON EUSTAQUIO DA SILVA,

        Petitioner,

        v.

JOHN TSOUKARIS, *et al.*,

        Respondents.

Civil Action No. 26-7821 (MAS)

**MEMORANDUM ORDER**

**SHIPP, District Judge**

This matter comes before the Court on the review of Petitioner's *pro se* habeas petition. (ECF No. 1.) In his current habeas petition, Petitioner seeks to challenge his ongoing immigration detention. (*Id.*) Prior to the filing of his petition in this matter, however, Petitioner filed a similar petition asserting essentially identical claims to which this Court ordered the Government to respond. (*See* Docket No. 26-5688 Docket Sheet.) Because both petitions assert essentially the same claims and seek the same relief, Petitioner's petition in this matter is clearly duplicative of the prior filed petition filed in Docket No. 26-5688. Petitioner's petition in this matter must therefore be dismissed without prejudice as a result. *See, e.g., Fabics v. City of New Brunswick*, 629 F. App'x 196, 198 (3d Cir. 2015). Petitioner should make any future filings related to his pending habeas petition in his original habeas matter, Docket No. 26-5688.

IT IS THEREFORE on this 30th day of June, 2026, **ORDERED** that:

1.  Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as duplicative of the petition filed in Petitioner's original habeas matter (Docket No. 26-5688);

2.  Petitioner's motion seeking a temporary restraining order (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE** as moot in light of the dismissal of this matter and as duplicative of the equivalent motion he filed in Docket No. 26-5688; and

3.  The Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail, and shall mark this matter as **CLOSED**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

2